IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMMETT T. SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:21-cv-01442-ACA |
| NAPA TRANSPORTATION, INC. and DAN ALLEN THOMPSON, | ) ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF DISMISSAL**

COME NOW Plaintiff, Emmett Simmons, and Defendants, NAPA Transportation and Dan Allen Thompson, by and through their undersigned counsel of record, and request that this action be dismissed, with prejudice, costs to be taxed as paid.

Dated this the 21st day of November, 2023

/s/ G. Courtney French
G. COURTNEY FRENCH
(ASB-5950-H69G)
Attorney for Plaintiff

**OF COUNSEL:**
PETWAY, FRENCH & FORD, LLP
600 Luckie Drive, Ste. 300
Birmingham, AL 35223
(205) 977-9798
cfrench@lawpff.com

        /s/ David M. Wilson
DAVID M. WILSON (ASB-1797-n71d)
Attorney for the Defendants
Napa Transportation, Inc. & Dan Allen Thompson

**OF COUNSEL:**
GAINES GAULT HENDRIX, P.C.
361 SUMMIT BLVD.
SUITE 200
BIRMINGHAM, AL 35243
(205) 980-5888
dwilson@ggh-law.com